HARBOR AND SUBURBAN BUILDING AND SAVINGS ASSOCIATION, Respondent, *v.* THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Appellant.

*Harbor & Suburban B. & S. Assn.* v. *Employers' Liability Assur. Corpn., Ltd.*, 159 App. Div. 900, affirmed.

(Argued December 4, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 19, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a policy of indemnity insurance.

*Bertrand L. Pettigrew* and *W. L. Glenney* for appellant.

*Robert H. Grimes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Not voting: HISCOCK, J.